trict of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jorge Luna–Diaz raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Brigida LOPEZ–PAZ, also known as Brigida Paz–Lopez, also known as Brigida Paz–Sanchez, Defendant–Appellant.

No. 06–41089
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 4, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Brigida Lopez–Paz has filed an unopposed motion to summarily affirm the conviction and summarily vacate the sentence and remand for resentencing in light of *Lopez v. Gonzales*, —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), and *United States v. Estrada–Mendoza*, 475 F.3d 258 (5th Cir.2007). The motion is GRANTED,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the conviction is AFFIRMED, the sentence is VACATED, and the case is REMANDED.